*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★  ★  ★  ★  ★  ★

# MEMORANDUM OPINION

No. 04-09-00135-CV

Sheriff Rick **FLORES**,
Appellant

v.

Urbano **ROSAS**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2008-CVQ-000531-C1
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   April 8, 2009

DISMISSED

Appellant has filed a motion to dismiss this accelerated appeal of an interlocutory order, stating that the appellee has non-suited the underlying cause. Appellee has not opposed the dismissal. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the appellant.

PER CURIAM